# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **344 South Street Corporation**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **344 South Street Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Joseph Cucolo
618 S. 3rd Street
Philadelphia, PA 19147

Nicholas Ventura
344 South Street
Philadelphia, PA 19147

William Curry
802 S. 8th Street
Philadelphia, PA 19147

☐ None [*Check if applicable*]

___5/26/23___
Date

Jeffrey S. Cianciulli 83504
Signature of Attorney or Litigant
Counsel for **344 South Street Corporation**
Weir Greenblatt Pierce LLP
1339 Chestnut Street
Suite 500
Philadelphia, PA 19107
2156658181  Fax:2156658464
jcianciulli@wgpllp.com