## CORPORATE RESOLUTION OF THE BOARD OF DIRECTORS OF
## 344 SOUTH STREET CORPORATION

I, Nicholas Ventura, do hereby certify that I am a member of the Board of Directors of 344 SOUTH STREET CORPORATION (the "Company"), a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, and that the following resolution was adopted by the Board of Directors of the Company on May 26, 2023:

WHEREAS, it is in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS IT IS RESOLVED upon affirmative vote by Nicholas Ventura and Joseph Cucolo, who constitute a quorum of the Board of Directors of the Company and a majority of the shareholders, that Nicholas Ventura, member of the Board of Directors of the Company, is authorized to sign the Chapter 11 petition on behalf of the Company and to execute and verify any other documents necessary for filing the Chapter 11 petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania in such form and in such time as it shall be determined;

WHEREAS IT IS FURTHER RESOLVED that Nicholas Ventura is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case;

WHEREAS IT IS FURTHER RESOLVED that the law firm of Weir Greenblatt Pierce LLP is authorized, empowered and directed to represent the Company as a debtor in the Chapter 11 case in the United States Bankruptcy Court for the Eastern District of Pennsylvania; and

WHEREAS IT IS FURTHER RESOLVED that all actions heretofore taken by the Board of Directors of the Company or any representative thereof in connection with the foregoing resolution are confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 26th day of May, 2023

_____
Nicholas Ventura, Member of the Board of Directors of 344 South Street Corporation

_____
Joseph Cucolo, Member of the Board of Directors of 344 South Street Corporation