# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **344 South Street Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph Cucolo<br>618 S. 3rd Street<br>Philadelphia, PA 19147 | Common | 10% | Stock |
| Nicholas Ventura<br>344 South Street<br>Philadelphia, PA 19147 | Common | 50% | Stock |
| William Curry<br>802 S. 8th Street<br>Philadelphia, PA 19147 | Common | 40% | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Shareholder/Board Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   5/26/2023

Signature   *Nicholas Ventura*
Nicholas Ventura

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders