*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                    Chapter: 11

    344 South Street Corporation

                 Debtor(s)                    Bankruptcy No: 23–11548–pmm

***O R D E R***

**AND NOW,** this 30th day of May, 2023 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Attorney Disclosure statement due 6/9/2023
    Matrix List of Creditors due 6/2/2023
    Schedule A/B due 6/9/2023
    Schedule D due 6/9/2023
    Schedules E/F due 6/9/2023
    Schedule G due 6/9/2023
    Schedule H due 6/9/2023
    Small Business Tax Return or a Statement Pursuant to 11:1116 (B) that no such document has been prepared is due 6/2/2023
    Statement of Financial Affairs due 6/9/2023
    Summary of Assets and Liabilities due 6/9/2023
    20 Largest Unsecured Creditors due 6/9/2023
    Small Business Balance Sheet or a Statement Pursuant to 11:1116 (B) that no such document has been prepared is due 6/2/203
    Small Business Cash Flow Statement or a Statement Pursuant to 11:1116 (B) that no such document has been prepared is due 6/2/203
    Small Business Statement of Operations Pursuant to 11:1116 (B) that no such document has been prepared is due 6/2/2023

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                           By the Court

                                           Patricia M. Mayer
                        Judge , United States Bankruptcy Court