**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| 344 South Street Corporation, | : | BANKR. NO. 23-11548-pmm |
| | : | |
| Debtor. | : | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

Holly S. Miller, Esq.
Gellert Scali Busenkell & Brown, LLC
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, Pennsylvania 19103
(215) 238-0012
(215) 238-0016 (fax)
hsmiller@gsbblaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  May 30, 2023.                              ANDREW R. VARA
　　　　　　　　　　　　　　　　　　　　　　　United States trustee
　　　　　　　　　　　　　　　　　　　　　　　Regions 3 and 9


　　　　　　　　　　　　　　　　　　　　　By:  */s/ Dave P. Adams*
　　　　　　　　　　　　　　　　　　　　　　　Dave P. Adams
　　　　　　　　　　　　　　　　　　　　　　　900 Market Street, Suite 320
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19107
　　　　　　　　　　　　　　　　　　　　　　　(215) 597-4411
　　　　　　　　　　　　　　　　　　　　　　　(215) 597-5795 (fax)
　　　　　　　　　　　　　　　　　　　　　　　dave.p.adams@usdoj.gov