# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| 344 South Street Corporation, | : | |
| | : | Case No.  23-11548 (PMM) |
| Debtor. | : | |

# O R D E R

**AND NOW,** the Debtor having elected to proceed under Subchapter V of the United States Bankruptcy Code, and the Debtor having represented to the Court that it would file its proposed third amended plan of reorganization (doc. #150), and the Debtor having failed to file its proposed plan of reorganization, it is hereby

**ORDERED** that:

A **Status Conference** is Scheduled for **Wednesday, September 11, 2024 at 9:30AM** via Zoom Video Conference;

Meeting URL: https://www.zoomgov.com/j/1618788227?pwd=mcXayhZB9Do2znHtuU3aazZ1FjHz5q.1

Meeting ID: 161 878 8227

Passcode: 782632

Date:  August 21, 2024

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE