## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**344 South Street Corporation,**     :     Chapter 11
:
:     Case No.  23-11548 (PMM)
:
**Debtor.**     :

## ORDER SETTING DEADLINE FOR FILING OF PLAN

**AND NOW** a status hearing having been held on September 11, 2024;

**AND** for the reasons discussed at the hearing;

It is hereby **ORDERED** that:

1) The Debtor shall file a chapter 11 plan **on or before October 11, 2024**; and

2) No further extensions will be granted.

Date:  9/11/24

_Patricia M. Mayer_

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**